**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSE WILMER ZAMBRANO-COBENA,<br><br>Petitioner,<br><br>v.<br><br>FCI FORT DIX, WARDEN,<br><br>Respondent. | Civil Action No. 25-02064 (GC)<br><br>**MEMORANDUM & ORDER** |

**CASTNER, District Judge**

Petitioner is a federal prisoner currently incarcerated at FCI Fort Dix, Joint Base MDL, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Section 2241). (ECF No. 1 (Petition).)

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to Section 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Petition for dismissal and determined that dismissal without an answer and production of the record is not warranted.

**IT IS**, therefore, on this day 30th of October, 2026, **ORDERED** as follows:

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition (ECF No. 1) and this Memorandum and Order on Respondent by regular U.S. mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition (ECF No. 1) and this Memorandum and Order to the Chief, Civil Division, United States Attorney's Office, at

the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that within forty-five (45) days of the date of the entry of this Memorandum and Order, Respondent shall file and serve a response which responds to the allegations and grounds in the Petition and which includes all affirmative defenses Respondent seeks to invoke; and it is further

**ORDERED** that Respondent shall file and serve with the response certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

**ORDERED** that within forty-five (45) days of receipt of the response, Petitioner may file a reply to the response; and it is further

**ORDERED** that within seven (7) days of Petitioner's release, Respondent shall electronically file a written notice of the same with the Clerk of the Court; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order on Petitioner by regular U.S. mail.

Georgette Castner

GEORGETTE CASTNER
United States District Judge